Homer MASSEY and Jack Hipshire, Movants, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Dec. 14, 1951.

Lyttle & White, Manchester, for movants.

A. E. Funk, Atty. Gen., Guy L. Dickinson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Judgment of conviction for possession of liquor for sale in local option territory and imposing a fine of $100 and 60 days in jail each.

Appeal denied. Judgment affirmed.